JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEAM FRAMING & DRYWALL, LLC, et al., <br><br> Defendants. | Case No. CV 14-2362 FMO (VBKx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Entry of Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs defendant Team Framing & Dryway, LLC in the amount of $126,578.13. The total amount is allocated as follows:

    A.    Statutory damages in the amount of $121, 230.79.

    B.    Attorney's fees in the amount of $5,347.34.

2. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 12th day of January, 2015.

                                                          /s/
                                          Fernando M. Olguin
                                       United States District Judge